# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:21-CV-01533 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| KEVIN RANSOM, | |
| Respondent.[1] | |

## ORDER

**AND NOW**, this 16th day of September 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Bruce X. Cooper's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

2. A certificate of appealability shall not issue, as Cooper has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Although Cooper names multiple respondents, the only proper respondent in this habeas corpus action challenging physical confinement is the superintendent of Cooper's facility of incarceration, *i.e.* his "immediate custodian." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35, 439 (2004) (citations omitted); 28 U.S.C. § 2242; 28 U.S.C. § 2254 Rule 2(a).